## THE STATE v. KINNEY.

1. **Jurisdiction:** WAIVER OF OBJECTION TO. An objection to the juris-
diction of a justice of the peace will be presumed to have been waived
unless made upon the trial before him. It cannot first be raised upon
appeal in the District Court.

*Appeal from Montgomery District Court.*

MONDAY, OCTOBER 25.

Defendant was arrested upon an information charging him
with the offense of assault and battery, and brought before a
justice other than the one issuing the warrant. Upon an affi-
davit for a change of venue the cause was sent back to the
first justice, who, being unable to try the cause, sent it to a
third justice; all of these justices were of the county in
which the offense was committed. The defendant pleaded not
guilty, and made no objection to the jurisdiction of the last
mentioned justice; upon a trial before that officer he was con-
victed and fined. Upon appeal to the district court the case
was dismissed on the ground that the justice trying it had no
jurisdiction thereof. From this order the state appeals.

*M. E. Cutts, Attorney General,* for the State.

No appearance for appellee.

BECK, J. The order of the district court dismissing the
case was erroneous.

The jurisdiction of justices of the peace is co-extensive
with the county. Code, § 4660. The justice trying the cause
acquired jurisdiction therein by defendant having been brought
into his court and submitting, without objection, to be tried
there.

If there was any error or irregularity in taking defendant
before the justice rendering the judgment, which we do not
determine, it was waived by the failure to raise objection

founded thereon at the proper time. Objections upon such grounds cannot be first made upon appeal in the District Court.

REVERSED.